UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA SHMAKOVA and GEOFFREY HASBROOK,<br><br>    Plaintiffs,<br><br>    v.<br><br>HUMMINGBIRD FUNDS, LLC,<br><br>    Defendant. | Case No.19-cv-01284-NC<br><br>**ORDER TO SHOW CAUSE RE: JURISDICTION** |

In this putative class action, plaintiff Olga Shmakova and Geoffrey Hasbrook accuse defendant Hummingbird Funds, LLC of charging excessive interest rates in violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200. *See* Dkt. No. 1. Plaintiffs' complaint, however, does not include "a short and plain statement of the grounds for the court's jurisdiction." Fed. R. Civ. P. 8(a)(1).

Plaintiffs must amend their complaint to include the grounds for the Court's jurisdiction by **March 22, 2019**.

**IT IS SO ORDERED.**

Dated: March 14, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge