Case 5:19-cv-01284-NC    Document 65    Filed 06/05/20

**FILED**

Jun 05 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

LAKESHORE LAW CENTER
Jeffrey Wilens, Esq. (State Bar No. 120371)
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
714-854-7205
714-854-7206 (fax)
jeff@lakeshorelaw.org

THE SPENCER LAW FIRM
Jeffrey P. Spencer, Esq. (State Bar No. 182440)
2 Venture, Suite 220
Irvine, CA 92618
949-240-8595
949-377-3272 (fax)
jps@spencerlaw.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OLGA SHMAKOVA and GEOFFREY HASBROOK,<br><br>    Plaintiffs,<br><br>vs.<br><br>HUMMINGBIRD FUNDS, LLC D/B/A BLUE TRUST LOANS<br><br>    Defendants. | Case No. 5:19-cv-01284-NC<br>Assigned for all purposes to:<br>Hon. Nathan M. Cousins, Courtroom 5<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Action filed: March 10, 2019 |

WHEREAS on December 2, 2019 the Court compelled Olga Shmakova and Geoffrey Hasbrook's claims to arbitration before the Lac Courte Oreilles Consumer Financial Services Regulatory Authority (the "Regulatory Authority");

WHEREAS on January 6, 2020, Ms. Shmakova and Mr. Hasbrook filed a demand for arbitration with the Regulatory Authority (the "Arbitration");

WHEREAS the parties have settled Olga Shmakova and Geoffrey Hasbrook's claims against Hummingbird Funds, LLC.;

THEREFORE the parties hereby stipulate to the dismissal of this action with prejudice with each party to pay its own attorneys' fees and costs and request an Order of the Court dismissing the action with prejudice.

IT IS SO STIPULATED

I Jeffrey Spencer hereby attest Pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from all of the signatories of this document.

Dated: June 4, 2020   LAKESHORE LAW CENTER

/s/ Jeffrey Spencer

JEFFREY SPENCER
Attorney for Plaintiffs Olga Shmakova and Geoffrey Hasbrook

Dated:  June 4, 2020   AKIN GUMP STRAUSS HAUER & FELD

/s/ Ashley V. Crawford

ASHLEY V. CRAWFORD
Attorneys for Defendant Hummingbird Funds, LLC dba Blue Trust Loans

**ORDER**

HAVING CONSIDERED THE STIPULATION OF PARTIES AND GOOD CAUSE BEING FOUND, IT IS HEREBY ORDERED as follows: the action is hereby dismissed with prejudice. No claims by putative class members were adjudicated in this dispute. The dismissal with prejudice is as to the named plaintiffs only. The Clerk of Court is requested to terminate the case.

IT IS SO ORDERED.

Dated: June 5, 2020

_____
Hon. Nathanael M. Cousins

*IT IS SO ORDERED.*
*Judge Nathanael M. Cousins*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*